IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PIERRE P. LEWIS                                                                                              PLAINTIFF
ADC # 124399

v.                                         No. 5:06CV00320 JLH

EBONY HARDING, CO-1, Varner Unit, Arkansas
Department of Correction; PATRICIA GOOLEY, Sgt., Varner
Unit, Arkansas Department of Correction;
JOHNNY GIBSON, CO-1, VARNER Unit,
Arkansas Department of Correction; and CURTIS GIBSON,
Captain, Varner Unit, Arkansas Department of Correction                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Defendants' Motions for Summary Judgment (docket entries #12 and #18) are GRANTED;

2) This cause of action is DISMISSED WITHOUT PREJUDICE; and

3) All other pending motions are DENIED AS MOOT.

DATED this 25th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE